UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DAVID ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:06-CV-260 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| BRADLEY COUNTY, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the motion to dismiss filed by defendant Bradley County (Court File No. 10). For the reasons set forth in the accompanying memorandum, the Court **GRANTS** this motion. The Court **ORDERS** the Clerk to **DISMISS** the complaint (Court File No. 1) filed by plaintiff David Ellis **WITH PREJUDICE AGAINST THIS DEFENDANT**.

**SO ORDERED:**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　s/ *Patricia L. McNutt*
　　CLERK OF COURT